DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. BROWN

No. 208P82.

Case below: 56 N.C. App. 323.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 June 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 June 1982.

STATE v. CARTER

No. 179P82.

Case below: 56 N.C. App. 435.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 June 1982.

STATE v. COPELAND

No. 267P82.

Case below: 56 N.C. App. 467.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 2 June 1982.

STATE v. ELAM

No. 218P82.

Case below: 56 N.C. App. 590.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 June 1982.

STATE v. HALL

No. 360P82.

Case below: 57 N.C. App. 544.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 July 1982.